# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 383 WAL 2014
:
          Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
ALEXANDER LEWIS FRYE, :
:
          Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.